JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION

| | |
|---|---|
| VASSIL KRAPF,<br><br>　　　　Plaintiff,<br>　　v.<br><br>CENTRAL CREDIT SERVICES, INC.,<br><br>　　　　Defendant. | Case No.: SACV09-1384 DOC (MLGx)<br><br>**JUDGMENT** |

On March 19, 2010, Plaintiff, VASSIL KRAPF (Plaintiff), filed an acceptance of Defendant's, CENTRAL CREDIT SERVICES, INC.'s (Defendant), Offer of Judgment. The accepted Offer of Judgment states Plaintiff will receive $4,000. Pursuant to Federal Rule of Civil Procedure 68, the Court enters judgment against Defendant in the sum of $4,000.

**IT IS ORDERED**

Dated: March 23, 2010

*David O. Carter*

_____
DAVID O. CARTER
United States District Judge

- 1 -
**JUDGMENT**